RECEIVED
IN LAFAYETTE, LA.

JUL 0 5 2012

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANTHONY HARVEY<br>LA. DOC #112940<br>VS. | CIVIL ACTION NO. 6:11-cv-2131<br><br>SECTION P<br><br>JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 5 day of July, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE